IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ANAYA ABROUGHT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:23- 00168-CV-W-FJG |
| | ) |
| CHEWY, INC., and | ) |
| | ) |
| KELLERMEYER BERGENSONS | ) |
| SERVICES, LLC, | ) |
| | ) |
| Defendants. | ) |

## JOINT STATUS REPORT

The Parties, jointly through their undersigned counsel, submit the following Joint Status Report:

1. All Parties and their respective counsel attended a private mediation before mediator Joseph Eischens on Wednesday, June 28, 2023.

2. After extensive negotiations, the Parties agreed upon terms of global settlement that resolves this matter to the satisfaction of Plaintiff and both Defendants.

3. On July 7, 2023, this Court entered an Order requiring the Parties to file either a Stipulation of Dismissal or Joint Status Report by August 7, 2023.

4. Over the past several weeks, the Parties have exchanged draft settlement agreements and are still finalizing the details for certain terms that relate to the payment of the settlement.

5. The Parties anticipate that a final settlement agreement will be complete and all settlement payments issued by no later than September 21, 2023.

6. The Parties respectfully request six additional weeks, to September 21, 2023, to finalize the terms of the settlement agreement, ensure all settlement payments are cleared, and to file a Stipulation of Dismissal.

7. No additional intervention by the Court is needed at this time.

This 7th day of August, 2023.

*/s/ James M. Brodzik*

James M. Brodzik, # 66700
**HINSHAW & CULBERTSON LLP**
521 West Main Street, Suite 300
Belleville, IL 62220
P: 618-277-2400
F: 618-277-1144
jbrodzik@hinshawlaw.com
**ATTORNEYS FOR DEFENDANT
KELLERMEYER BERGENSONS
SERVICES, LLC**

*/s/ Sylvia Hernandez*
Kevin Baldwin
Eric Vernon
Sylvia Hernandez
**BALDWIN & VERNON**
108 S. Pleasant St.
Independence, MO 64050
Tel: (816) 842-1102
Fax (816) 842-1104
Kevin@bvalaw.net
Eric@bvalaw.net
Sylvia@bvalaw.net
**ATTORNEYS FOR PLAINTIFF**

*/s/ Aaron A. Wynhausen*
Nicole H. Howell, MO #56815
Aaron A. Wynhausen, MO # 72203
**FOX ROTHSCHILD LLP**
4900 Main Street, Suite 150
Kansas City, Missouri 64112
(816) 919-7902 – Telephone
(816) 919-7901 – Facsimile
nhowell@foxrothschild.com
awynhausen@foxrothschild.com
**ATTORNEYS FOR DEFENDANT CHEWY, INC.**